IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Linnon Eugene Moore, #241476,     )
                                        )     C.A. No. 2:06-1623-HMH-RSC
         Petitioner,        )
                                          )
         vs.              )     **OPINION & ORDER**
                                          )
George Hagan, Warden; State of     )
South Carolina; Attorney General of the     )
State of South Carolina,     )
                                          )
         Respondents.     )

This matter is before the court with the Report and Recommendation of United States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 of the District of South Carolina.[1]  Linnon Eugene Moore ("Moore") is a pro se prisoner attacking his 1997 conviction for kidnapping and criminal sexual conduct with a minor in the first degree ("1997 conviction") pursuant to 28 U.S.C. § 2254.  The respondents filed a motion for summary judgment asserting that Moore's § 2254 petition is untimely pursuant to 28 U.S.C. § 2244(d)(1)(A).  Magistrate Judge Carr recommends granting the respondents' motion for summary judgment.

Moore filed objections to the Report and Recommendation.  Objections to the Report and Recommendation must be specific.  Failure to file specific objections constitutes a waiver of

---

[1] The recommendation has no presumptive weight, and the responsibility for making a final determination remains with the United States District Court.  See Mathews v. Weber, 423 U.S. 261, 270 (1976).  The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made.  The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1) (West Supp. 2006).

1

a party's right to further judicial review, including appellate review, if the recommendation is accepted by the district judge. See United States v. Schronce, 727 F.2d 91, 94 & n.4 (4th Cir. 1984). In the absence of specific objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

Upon review, the court finds that all of Moore's objections are non-specific, unrelated to the dispositive portions of the Magistrate Judge's Report and Recommendation, or merely restate his claims. Therefore, after a thorough review of the Magistrate Judge's Report and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation.

It is therefore

**ORDERED** that the respondent's motion for summary judgment, docket number 10, is granted and Moore's § 2254 petition is dismissed.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
December 13, 2006

### NOTICE OF RIGHT TO APPEAL

Petitioner is hereby notified that he has the right to appeal this order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2