AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Linnon Eugene Moore, #241476

        Petitioner,        **SUMMARY JUDGMENT IN A CIVIL CASE**

vs.

        Case Number: 2:06-1623-HMH-RSC

George Hagan, Warden; State of
South Carolina; and Henry McMaster,
Attorney General of South Carolina,

        Respondents.

**Decision on the Record.**  This action came before the court on the record, Honorable Henry M. Herlong, Jr., U.S. District Judge, presiding.  The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

      **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted as to the Respondents, the Petitioner shall take nothing on his Petition filed pursuant to 28 U.S.C.§2254, and the petition is dismissed.

      LARRY W. PROPES, Clerk

      By <u>s/Susan K. Sanders</u>
            Deputy Clerk

December 13, 2006